UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROY TOWNSEND,<br><br>                Petitioner,<br><br>   v.<br><br>SCOTT SPEER,<br><br>                Respondent. | CASE NO. C25-5114-KKE-GJL<br><br>ORDER EXTENDING TIME TO OBJECT |

      This matter comes before the Court on Plaintiff Roy J. Townsend's request for an extension of time to object to the Honorable Grady J. Leupold's April 23, 2025 report and recommendation (Dkt. No. 6). Dkt. No. 7. The Court GRANTS Mr. Townsend's request. Mr. Townsend may file any additional objections to the report and recommendation by June 5, 2025.

      The remainder of Mr. Townsend's requests for relief in his objections will be considered after receipt of any supplemental objections. *See* Dkt. No. 7.

      The Clerk shall re-note Mr. Townsend's objections and the report and recommendation for June 5, 2025. *See* Dkt. Nos. 6, 7.

      Dated this 16th day of May, 2025.

                                                     Kymberly K. Evanson
                                                   United States District Judge